# FILED

**JUN 27 2012**

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                    )
                                          )
                                          )          **Case No. 11 B 05141**
**RIVER EAST PLAZA, LLC,**                )
                                          )
                                          )
                                          )          **Chapter 11**
          Debtor.                         )
                                          )
_____)

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO WHYTE HIRSCHBOECK DUDEK S.C., ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $489,975.50 | TOTAL COSTS REQUESTED: | $22,125.92 |
| TOTAL FEES REDUCED: | $8,102.04 | TOTAL COSTS REDUCED: | $5,179.00 |
| TOTAL FEES ALLOWED: | $481,873.46 | TOTAL COSTS ALLOWED: | $16,946.92 |

### TOTAL FEES AND COSTS ALLOWED: $498,820.38

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(4)    Insufficient Description**

The Court denies the allowance of compensation for the following task since the description of the time entry fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (same).

**(6)    Meal Expenses**

The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989) ("[I]t is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client.").

**(7)    Lumping**

~~The Court may impose a ten-percent penalty for "lumping." *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D.~~ Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(11)     Overhead Costs are Non-Compensable**

      The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. *See In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

**(14)     Computational or Typographical Error**

      The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: June 27, 2012

Eugene R. Wedoff
United States Bankruptcy Judge

River East Plaza, LLC
Account No. 30889
Page 3

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| | | receiver's reports (2.0); continue preparations for February 17 hearing on motion to dismiss, relief from stay, retention of receiver, and related relief sought by LNV (3.6); coordinate filing of response (1.0). | |
| 02/17/11 | D. Diesing | Continue assisting with preparation for emergency hearing on dismissal and retention of receiver brought by Beal Bank (LNV Corp.) (1.9); extended negotiations and drafting of order regarding receiver, including several negotiations with Mr. Miller (2.5). | 4.40 |
| 02/17/11 | M. Gosman | ⑦ Prepare for, and attend hearing on LNV's motion to dismiss, relief from stay, and retention of receiver (5.1); file papers with district court for Mr. D. McGarry to appear pro hac vice (.8); participate in negotiations over receiver order (.6); work on proposed receiver order on return trip to Milwaukee (2.5). | 9.00<br>- 5.1 x .1 x $250 |
| 02/18/11 | D. Diesing | Consider motions to enter schedules and contact from receiver's counsel regarding information and timing (.4); review appraiser proposal and options for resolution of issues (.2). | 0.60 |
| 02/18/11 | D. Diesing | Continue to develop plan options. | 0.30 |
| 02/19/11 | M. Gosman | Review filed interim receiver order and correspond with Mr. M. Mayer regarding same (.3); review correspondence from Mr. B. Wakefield of the U.S. Trustee's office and coordinate payment of U.S. Trustee's fees (.2); consider how to best comply with U.S. Trustee's requests of Debtor (.4). | 0.90 |
| 02/24/11 | D. Diesing | Monitor correspondence and follow up on appraisal efforts (.2). | 0.20 |
| 02/25/11 | D. Diesing | Telephone conference with Mr. Lammiman regarding strategy and upcoming hearings (.5); begin review of 2004 request and begin preparation for hearings and response (.6); telephone conference with Mr. D. McLean regarding appraisals, financial information and related matters (.5); continue preparation of informational request to receiver (.3). | 1.90 |
| 02/25/11 | M. Gosman | Correspond with Mr. Mayer regarding additional information needed from the receiver (.2); review LNV's motion for 2004 exam and consider response to same (.6). | 0.80 |
| 02/28/11 | D. Diesing | Develop response to receiver's counsel in light of refusal to timely provide access and financial information (.6); begin work on positions for upcoming hearing (.5). | 1.10 |
| 02/28/11 | M. Gosman | Multiple correspondence with Mr. A. Hachikian regarding scheduling an appraisal of the property and | 0.70 |

River East Plaza, LLC
Account No. 30889
Page 4

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| | | receiver disclosures (.5); correspondence with Mr. Mayer regarding same (.2). | |
| 03/01/11 | D. Diesing | Continue preparation of response and position statement regarding several motions (2.2); continue preparation for hearing on March 2 regarding motions, including review of opposing counsel's pleadings and extended telephone conference with Mr. Lammiman regarding DIP loan, proof of funds, eviction, appraisal and upcoming hearing (2.4). | 4.60 |
| 03/01/11 | M. Gosman | Review LNV's motion to conduct 2004 hearings and prepare reply for inclusion in status conference brief (1.8); multiple correspondence with Mr. Hachikian regarding Debtor's requests of the receiver (.3); prepare for inclusion in status conference brief the Debtor's objection to the interim receiver order becoming final (.6); coordinate filing of status conference brief (.5) preparation for March 2, 2011 hearing (2.6); correspond with Mr. Miller regarding lack of cooperation from the receiver (.2). | 6.00 |
| 03/02/11 | D. Diesing | Prepare for and attend hearing in charge before Judge Black regarding five Motions, including dismissal and adequate protection, including working travel time (7.4). | 7.40 |
| 03/03/11 | D. Diesing | Correspondence regarding discovery requests with Ms. Miller and telephone conference with Mr. J. Tully regarding discovery and other factual background (.5). | 0.50 |
| 03/04/11 | D. Diesing | Continue work on legal theories for reply brief and outline needed research (1.4). | 1.40 |
| 03/05/11 | D. Diesing | Plan for contested hearing on dismissal and adequate protection including development of defense theories and evidence to be presented (1.4). | 1.40 |
| 03/06/11 | M. Gosman | Prepare for March 15, 2011 hearing on dismissal motion of LNV (.7). | 0.70 |
| 03/07/11 | D. Diesing | Continue preparation for hearing on dismissal, address missing information needed for schedules and financing progress (.7). | 0.70 |
| 03/07/11 | M. Gosman | Conference with Ms. P. Sutor regarding March 8, 2011 meeting with U.S. Trustee (.1); prepare for same (.4) | 0.50 |
| 03/10/11 | M. Gosman | Review proposed second interim receiver order (.2). | 0.20 |
| 03/14/11 | M. Gosman | Correspond with Mr. R. Wakefield with certificates of insurance for River East Plaza (.1). | 0.10 |
| 03/16/11 | M. Gosman | Preparations for 341 hearing (.4). | 0.40 |

Handwritten annotations:
- ⑦ next to 03/01/11 D. Diesing entry: -2.4 x .1 x $550
- ⑦ next to 03/01/11 M. Gosman entry: -1.8 x .1 x $250
- ⑦ next to 03/02/11 D. Diesing entry: -7.4 x .1 x $550

River East Plaza, LLC
Account No. 30889
Page 10

## ATTORNEY/PARALEGAL SUMMARY

| Attorney/Paralegal | Hours Billed | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Diesing | 58.20 | 475.00 | 27,645.00 |
| D. Diesing | 1.40 | 550.00 | 770.00 |
| M. Gosman | 79.30 | 190.00 | 15,067.00 |
| M. Gosman | 13.40 | 250.00 | 3,350.00 |
| Total | 152.30 | 307.50 | 46,832.00 |

Total For Services:        $46,832.00

## DISBURSEMENTS

| | |
|---|---|
| Lexis/Westlaw Research | 616.71 |
| Postage Expense | 117.16 |
| Photocopies (20,332 @ $0.05) | 1,016.60 |
| Photocopies, Color (96 @ $0.75) | 72.00 |
| O'Connor Title Services, Inc. - UCC Search in Cook County, Illinois on River East Plaza, LLC. | 25.00 |
| Northern District of Illinois Bankruptcy Court - File Chapter 11 Bankruptcy Petition for River East Plaza, LLC | 1,039.00 |
| NRAI Corporate Services, Inc. - UCC search on River East Plaza, LLC at the Illinois Secretary of State. | 77.00 |
| McGarry, Daniel J. - 2/17/11, expenses traveling to Chicago for hearing (160 miles; lunch: $9.68). | 91.28 |
| United States District Court – Northern District of Illinois - Application Pro Hac Vice for Charles H. Bohl. | 50.00 |
| United Parcel Service - Delivery to United States District Court, Northern District of Illinois on 3/9/11 | 11.57 |
| Gosman, Michael E. - Expenses for travel to Chicago, IL for hearing on LNV Corp. Motions on 2/17/11:  Amtrak - $44.00; Cab Fare in Chicago - $9.00; Lunch - $9.69; Application Fee for Pro Hac Vice Admission for Dan McGarry - $50.00. | 112.69 |
| Gosman, Michael E. - Expenses for travel to Chicago, IL for hearing on LNV Corp. Motions on 2/17/11:  Parking at Amtrak Station in Milwaukee; | 7.00 |
| Diesing, Daryl L. - Amtrak to Chicago, IL on 2/24/11. | 44.00 |
| Diesing, Daryl L. - Amtrak to Chicago, IL on 3/02/11. | 44.00 |
| Diesing, Daryl L. - Parking at Milwaukee Amtrak Station on 3/2/11 | 6.00 |
| Diesing, Daryl L. - Amtrak to Chicago, IL on 3/08/11 - $44.00; Cab  Fare - $30.00. | 74.00 |
| Diesing, Daryl L. - Amtrak Milwaukee Parking on 3/8/11. | 6.00 |
| Northern District of Illinois Bankruptcy Court - File Chapter 11 Petition | 1,039.00 |
| Roundtrip train ticket from MKE to Chicago for hearing on February 17, 2011. | 44.00 |
| Diesing, Daryl L. - Travel Expenses for Trip to Chicago, IL to attend Section 314 Meeting on 3/16/11:  Amtrak ticket to/from Chicago, IL - $44.00; Lunch - $10.96 | 54.96 |
| Diesing, Daryl L. - Travel Expenses for Trip to Chicago, IL to attend Section 314 Meeting on 3/16/11:  Parking at Amtrak Station - $6.00. | 6.00 |
| Pacer Service Center - Pacer Docket Searches (4/6/11 invoice). | 23.36 |
| Jensen, Jerard J. - 4/30/11, reimbursement for hotel stay in Milwaukee to work on Chapter 11 Plan | 148.48 |

*Handwritten annotations: "-9.68", "-9.69", "-10.96" and circled markers "6", "14", "11"*

River East Plaza, LLC
Account No. 30889
Page 11

Diesing, Daryl L. - Expenses in connection with travel to Chicago on May 5, 2011 to attend
hearing on Plan & Disclosure Statement (Roundtrip Amtrak - $44.00; Taxi - $9.00; Meal $11.73) ... 64.73
IVIZE of Milwaukee, LLC - A blow back set of client e-mails. ...................................................... 1,841.40
Gosman, Michael E. - Expenses for travel to Chicago, IL for Hearing on Cash Collateral
Motion on 4/20/11: Roundtrip AmTrak Fare - $44.00; Lunch $14.95 ......................................... 58.95
Gosman, Michael E. - Expenses for travel to Chicago, IL for Hearing on Cash Collateral
Motion on 4/20/11: Parking at AmTrak Station - $5.00. ............................................................... 5.00
O'Drobinak, Cindy - Witness Fee and Mileage. ........................................................................... 50.00
United Parcel Service - Delivery to Nicholas M. Mill, Neal Gerber Eisenberg LLP, Chicago, IL on
5/10/11. ............................................................................................................................................ 14.53
Bohl, Charles H. - Parking at train station to go to Chicago to hearing in Bankruptcy Court on
5/9/11. .............................................................................................................................................. 5.00
Bohl, Charles H. - Travel to Chicago for hearing in Bankruptcy Court on 5/11/11 - Amtrak
Train Fare - $22.00. ......................................................................................................................... 22.00
Bohl, Charles H. - Travel to Chicago for hearing in Bankruptcy Court on 5/11/11 -
Parking at Amtrak Station - $5.00. ................................................................................................. 5.00
LaSalle Process Servers, LP - Service Subpoena on Cindy O'Drobink. ........................................ 60.00
CD Duplication ................................................................................................................................ 60.00
CD Duplication ................................................................................................................................ 30.00
United Parcel Service - Delivery to Terrence O'Brien, Glenview, IL on 6/13/11. ....................... 16.84
United Parcel Service - Delivery to Nicholas M. Miller at Neal Gerber & Eisenberg LLP, Chicago,
IL on 6/13/11. .................................................................................................................................. 12.27
United Parcel Service - Delivery to Forrest Lammiman at Meltzer Purtill & Stelle, Chicago,
IL on 6/13/11. .................................................................................................................................. 12.27
McGarry, Daniel J. - 6/15/11, expenses to Chicago (160 miles; $5.00 for parking). ........ 86.60
Chimniak Court Reporting - Deposition of M. MaRous and Mike Kelly on 6/16/11 .................. 187.05
Bohl, Charles H. - Travel to/from Chicago, IL on 6/14 - 6/17/11 for depositins at Meltzer,
PUrtill and Stelle Law firm: Mileage (199.82 miles) - $101.91; Tolls - $5.00; Hotel -
$1,167.09; Meals $90.69; Cabs to/from depositions - $20.00 ..................................................... 1,384.69
Chimniak Court Reporting - Deposition of Terrence O'Brien on 6/17/11 .................................... 198.00
United Parcel Service - Delivery to Ms Meredith Katz, Greenberg Traurig, LLP, Chicago,
IL on 6/30/11. .................................................................................................................................. 14.65
Chimniak Court Reporting - Depositions of Michael MaRous and Mike Kelly on 6/16/11 ......... 565.10
Chimniak Court Reporting - Depositions of Cindy O'Drobinak and Dan McLean on 6/15/11. ......... 1,025.00
Chimniak Court Reporting - Deposition of Wayne Mass on 6/14/11 ........................................... 447.70
Gosman, Michael E. - Expense reimbursement: Travel to Chicago, IL to attend hearing on
Motion to Approve Certain Leases & Use of Cash Collateral on 6/22/11: Roundtrip Amtrak Fare
to Chicago, IL - $44.00: Meals $15.45 .......................................................................................... 59.45
Gosman, Michael E. - Expense reimbursement: Travel to Chicago, IL to attend hearing on
Motion to Approve Certain Leases & Use of Cash Collateral on 6/22/11: Parking at Milwaukee
Amtrak Station. ................................................................................................................................ 5.00
Soundpath - Telephone conference on 5/25/11. ............................................................................ 18.26
Diesing, Daryl L. - Expenses regarding travel to Chicago, IL on 7/6/11 for hearing on LNV's
motion for relief from automatic stay: R/t Amtrak ticket - $44.00; Cab fares - $16.00; Meals $39.12 ... 99.12
Diesing, Daryl L. - Milwaukee Amtrak Station parking expense regarding travel to Chicago,
IL on 7/6/11 for hearing on LNV's motion for relief from automatic stay. .................................. 6.00
Diesing, Daryl L. - Expenses regarding travel to Chicago, IL on 7/8/11 for continued hearing
on LNV's motion for relief from automatic stay: R/t Amtrak - $44.00; Cab fare - $8.00; Meal - $5.00 ... 57.00
Diesing, Daryl L. - Milwaukee Amtrak Station parking expense regarding travel to Chicago,
IL on 7/8/11 for continued hearing on LNV's motion for relief from automatic stay. .................. 6.00
Gosman, Michael E. - Payment for Hearing Transcript from 07/08/11 Hearing in Case No.

River East Plaza, LLC
Account No. 30889
Page 12

| | |
|---|---|
| 11-05141 on 07/14/11......................................................................................... | 423.00 |
| Pacer Service Center - Pacer Docket Searches (7/6/11 invoice)............................... | 76.00 |
| Gosman, Michael E. - Travel expenses to Chicago, IL on 6/8/11 to attend hearing on Amended Scheduling Order: Roundtrip Amtrak - $44.00; Food - $14.30................ | 58.30 |
| Gosman, Michael E. - Travel expenses to Chicago, IL on 6/8/11 to attend hearing on Amended Scheduling Order: Parking at Milwaukee AmTrak Station............................ | 5.00 |
| Diesing, Daryl L. - Rountrip Amtrak Travel ($46.00) to Chicago, IL for Status Conference on 08/09/11; Tax in Chicago - $7.00. ................................................ | 53.00 |
| Diesing, Daryl L. - Parking in Milwaukee for Status Conference on 08/09/11 in Chicago, IL. ......... | 6.00 |
| Gosman, Michael E. - Travel to Chicago, IL for Hearing on 08/17/11: Roundtrip Amtrak - $46.00; Beverage - $1.61................................................................ | 47.61 |
| Gosman, Michael E. - Travel to Chicago, IL for Hearing on 08/17/11: Parking at Milwaukee AmTrak Station - $6.00. ............................................................... | 6.00 |
| Gosman, Michael E. - Filing Fees. ................................................................... | 765.00 |
| Gosman, Michael E. - Roundtrip Amtrak Fare to Chicagol, IL for Hearing on 09/28/11. ................ | 46.00 |
| Clerk, United States Court - Admission Fee - Circuit Rule 46. ............................... | 165.00 |
| Gosman, Michael E. - 09/28/11 Expenses for travel to Chicago for Hearing................... | 24.19 |
| Clerk, U.S. Bankruptcy Court - Fee - Certification of Direct Appeal......................... | 200.00 |
| Pacer Service Center - Pacer Docket Searches (10/4/11 invoice)............................. | 20.72 |
| United Parcel Service - Delivery to Cameron Gulden, Office of the U.S. Trustee, Chicago, IL on 11/9/11. ......................................................................... | 12.06 |
| United Parcel Service - Delivery to Mark A. Berkoff at Neal, Gerber & Eisenberg LLP, Chicago, IL on 11/9/11. .................................................................. | 12.06 |
| Gosman, Michael E. - Parking ($6.00) – MKE Amtrak Station; Amtrak fare to Chicago ($46.00) for hearing on 12/06/11............................................................. | 52.00 |
| Breakaway Bicycle Courier LLC - Delivery to Cameron Gulden, Esq., U.S. Dept. of Justice, Office of the U.S. Trustee, Northern District of Illinois on 11/30/11. ................ | 62.50 |
| Breakaway Bicycle Courier LLC - Delivery to Mark A. Berkoff at Neal, Gerber & Eisenberg LLP, Chicago, IL on 11/30/11. ...................................................... | 62.50 |
| Breakaway Bicycle Courier LLC - Delivery to David M. Schiffman, Sidley Austin LLP, Chicago, IL on 11/30/11. ...................................................................... | 62.50 |
| Pacer Service Center - Pacer Docket Searches (4/3/12 invoice)............................... | 30.32 |

Total For Disbursements:    $13,333.18

## INVOICE SUMMARY

| | |
|---|---|
| Total Services for this Matter: ........................................................................ | $46,832.00 |
| Total Disbursements for this Matter: ............................................................... | 13,333.18 |
| **Total for this Matter:**................................................................................. | **$60,165.18** |

River East Plaza, LLC
Account No. 30889
Page 14

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| | | (.3); review preliminary draft of schedules (.3). | |
| 03/01/11 | M. Gosman | Multiple correspondence and conference with Mr. Mayer regarding information needed for preparation of schedules (.3); prepare arguments for inclusion in status conference brief of why the Debtor needs additional time to file its schedules and statements (.9). | 1.20 |
| 03/02/11 | M. Gosman | Prepare for March 2 status conference (.3); review receiver's report (.3); correspond with Mr. Mayer regarding same (.1). | 0.70 |
| 03/04/11 | D. Diesing | Review receiver's refusal to provide certain information and formulate responses (.3). | 0.30 |
| 03/04/11 | M. Gosman | Conference with Mr. Mayer regarding preparation of schedules (.1); consider what additional information is needed for schedules and statements and correspond with Mr. Mayer regarding same (.9) | 1.00 |
| 03/07/11 | D. Diesing | Preparation for meeting with U.S. Trustee and gather sample information (.5). | 0.50 |
| 03/08/11 | D. Diesing | Preparation for and attend Debtor's conference in Chicago including extensive review of Receiver's reports form 2010 and January 2011, comparison to official format and provide method for reconciliation for Mr. R. Wakefield (5.2). | 5.20 |
| 03/08/11 | M. Gosman | Preparation for meeting with U.S. Trustee (.3); multiple correspondence with Mr. Hachikian regarding Debtor's document requests (.3) | 0.60 |
| 03/09/11 | M. Gosman | Review current draft of schedules and SOFA and consider what additional information is still needed for completion of same (.4); review correspondence from Mr. Hachikian and documents he provided responsive to the Debtor's document request (.5). | 0.90 |
| 03/10/11 | D. Diesing | Review timing issues and develop options in light of receiver's inability to deliver financials early in month (.5); telephone conference with Mr. Wakefield regarding options acceptable to U.S. Trustee (.2). | 0.70 |
| 03/14/11 | D. Diesing | Continue preparation of Schedules and Statement of Financial Affairs (.9). | 0.90 |
| 03/14/11 | M. Gosman | Conference with Mr. Mayer regarding schedules and statements (.6); correspond and conference with Mr. Hachikian regarding addition information needed for schedules and SOFA (.3); correspond with Mr. Mayer regarding schedule preparation (.1); revise schedules and statements (.5). | 1.50 |
| 03/15/11 | M. Gosman | Revise schedules and statements (1.1); correspond and | 1.90 |

*Handwritten annotations:* - .9 x .1 x $250 ; - .5 x .1 x $550 ; -5.2 x .1 x $550

River East Plaza, LLC
Account No. 30889
Page 22

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| 06/17/11 | M. Gosman | Review Receiver's motion to enter into four leases/lease extensions and authorizing the use of cash collateral/dip financing to pay for tenant improvements, real estate broker commission, and construction management (.7). | 0.70 |
| 06/20/11 | D. Diesing | Review and consider requests on Leases, DIP financing and cash collateral (.5); assist with preparation of responses and correspondence to LNV and Receiver (.6). | 1.10 |
| 06/20/11 | M. Gosman | Conference and correspond with Mr. Hachikian regarding receiver' proposed budget (.5); conference with Mr. N. Miller regarding Debtor's use of DIP financing (.2); consider Debtor's position with regard to proposals presented by Mr. Hachikian and Mr. Miller related to lease approvals and use of DIP financing (.6). | 1.30 |
| 06/21/11 | M. Gosman | Review LNV's objection to Receiver's motion to use Cash Collateral and DIP Financing and consider response to same (.9). | 0.90 |
| 06/22/11 | D. Diesing | Review proposed order and controversy with Mr. M. Berkoff over terms of order for additional DIP financing (.8); telephone conferences with Mr. Lammiman and Mr. D. Kane regarding response (.5); assist with preparation of objection and response (.5). | 1.80 |
| 06/22/11 | M. Gosman | Prepare for and appear at hearing on Receiver's motion to approve leases (4.2); review proposed order prepared by receiver and correspond with Mr. Hachikian, Mr. Lammiman, and Mr. Berkoff regarding corrections to same (.4); prepare and coordinate filing of objection to proposed order filed by LNV (2.0). | 6.60 |
| 07/28/11 | M. Gosman | Review Receiver's August-September 2011 budget for River East Plaza and proposed T. Terry Lease and correspond with Mr. Mayer regarding same (1.0). | 1.00 |
| 08/08/11 | M. Gosman | Review correspondence from Mr. Hachikian and correspond with him regarding the proposed budget and T Terry lease (.4). | 0.40 |
| 08/16/11 | M. Gosman | Preparation for August 17 hearing on Receiver's cash collateral/DIP financing motion (.5). | 0.50 |
| 08/17/11 | M. Gosman | Prepare for and attend hearing on Receiver's motion to enter into a lease with T Terry Consulting and approve the August and September budgets (.6). | 0.60 |
| 11/18/11 | M. Gosman | Review Receiver's cash collateral motion; correspond with Mr. McLean and Mr. Mayer regarding same. | 1.00 |
| 11/21/11 | M. Gosman | Numerous correspondence with Mr. Hachikian and Mr. Mayer regarding Receiver's motion to enter into a lease | 1.00 |

River East Plaza, LLC
Account No. 30889
Page 23

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| | | extension and approve a new budget (.4); conference with Mr. Lammiman regarding the proponent's position with regards to same (.4); conference with Mr. P. Castaneda, Judge Wedoff's courtroom deputy regarding telephonic appearance by Debtor's counsel (.2). | |
| 11/22/11 | M. Gosman | Prepare for and telephonically attend hearing on use of cash collateral (.7). | 0.70 |
| 01/13/12 | M. Gosman | Review Receiver's motion to use cash collateral and correspond with Mr. Mayer and Mr. McLean regarding same (.5). | 0.50 |
| 01/18/12 | M. Gosman | Appear telephonically on Receiver's motion to use cash collateral through March 2012. | 0.60 |

Total Hours Billed: 117.40

## ATTORNEY/PARALEGAL SUMMARY

| Attorney/Paralegal | Hours Billed | Billed Per Hour | Bill Amount |
|--------------------|-------------|-----------------|-------------|
| D. Diesing | 37.50 | 475.00 | 17,812.50 |
| M. Gosman | 73.60 | 190.00 | 13,984.00 |
| M. Gosman | 6.30 | 250.00 | 1,575.00 |
| Total | 117.40 | 284.25 | 33,371.50 |

Total For Services: $33,371.50

## DISBURSEMENTS

Pacer Service Center - Pacer Docket Searches (7/6/11 invoice)............................................. 3.60

Total For Disbursements: $3.60

## INVOICE SUMMARY

Total Services for this Matter: ........................................................... $33,371.50
Total Disbursements for this Matter: ................................................... 3.60
**Total for this Matter:**............................................................... **$33,375.10**

WHD/8682892.1
555 EAST WELLS STREET | SUITE 1900 | MILWAUKEE, WI 53202-3819 | TEL 414 273 2100 | FAX 414 223 5000 | WWW.WHDLAW.COM
OFFICES IN MILWAUKEE AND MADISON, WI

River East Plaza, LLC
Account No. 30889
Page 24

**FOR PROFESSIONAL SERVICES RENDERED** in connection with:

Executory, Customer and Vendor Contracts
Matter No. 30889-0006

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 05/06/11 | D. Diesing | Review correspondence and request from Receiver's counsel regarding lease extension and respond (.1). | 0.10 |
| 05/10/11 | M. Gosman | Conference with Mr. Hachikian regarding lease extension proposed by the Receiver with Red Car, Inc. (.2). | 0.20 |
| 05/11/11 | M. Gosman | Correspond with Mr. Mayer regarding lease extension for Red Car, Inc. (.2). | 0.20 |
| 05/12/11 | M. Gosman | Correspond with Mr. Hachikian regarding Red Car, Inc. lease extension (.1). | 0.10 |
| 05/18/11 | M. Gosman | Review correspondence from Mr. Hachikian regarding Receiver's eviction action for possession against Vulpes and correspond with Mr. Hachikian requesting further information regarding same (.3). | 0.30 |
| 05/23/11 | M. Gosman | Consider correspondence from Mr. Hachikian regarding dispute with Vulpes (.3); correspond with Mr. F. Lammiman, Mr. M. Mayer, and Mr. D. McLean regarding same (.1); numerous correspondence with Mr. Mayer regarding terms of a new lease for Vulpes (.3). | 0.70 |
| 05/24/11 | M. Gosman | Consider correspondence from Mr. Hachikian and Mr. Mayer regarding Vulpes lease and correspond with Mr. Hachikian regarding the Debtor's proposed improved lease terms (.5). | 0.50 |
| 05/27/11 | M. Gosman | Review lease agreements provided by Mr. Hachikian and correspond with Mr. Hachikian and Mr. Mayer regarding same (.7). | 0.70 |
| 05/31/11 | M. Gosman | Numerous correspondence with Mr. Mayer and Mr. Hachikian regarding Photogenics lease terms (.6). | 0.60 |
| 06/02/11 | D. Diesing | Review issues and approval requested by receiver on three Leases and several budget issues and prepare response (.5). | 0.50 |

Total Hours Billed:     3.90

River East Plaza, LLC
Account No. 30889
Page 26

**FOR PROFESSIONAL SERVICES RENDERED** in connection with:

Creditor Inquiries, Negotiations with Creditors and Committe
Matter No. 30889-0007

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| 02/28/11 | M. Gosman | Conference with representative of Air Rite Heating and Cooling regarding their questions about Debtor's bankruptcy filing (.2). | 0.20 |
| 03/07/11 | D. Diesing | Negotiations with Mr. Berkoff regarding postponement of hearings and relief from stay (.7); consider response and telephone conference with Mr. Lammiman regarding his position (.4); further develop ideas and responses and telephone conference with Mr. D. McLean regarding concepts (.6). | 1.70 |
| 03/08/11 | D. Diesing | Develop proposal for presentation to Beal Bank (.7); separate and joint negotiations with Messrs. M. Berkoff, N. Miller and F. Lammiman (1.0). | 1.70 |
| 03/08/11 | M. Gosman | Conference with representative of Restore Masonry regarding their claims against the debtor (.1). | 0.10 |
| 03/09/11 | D. Diesing | Preparation of response to proposal from LNV Corp. (1.1); conference call with Messrs. Berkoff, Miller, Lammiman and A. Hachikian regarding stipulation for conduct of case and hearings on dismissal and proposed receiver continuation order(.8); review and successive draft of receiver order, correspondence regarding services and negotiation of receiver order language (1.6). | 3.50 |
| 03/10/11 | D. Diesing | Review and develop alternatives to proposals from LNV Corp. including modification of latest language proposed by LNV counsel for stipulation (1.0); telephone conferences with Mr. Lammiman regarding approach to LNV (.5); negotiations with counsel 50 LNV Corp. and develop response to proposals (.9). | 2.40 |
| 03/11/11 | D. Diesing | Review and prepare changes to proposed stipulation with LNV Corp. regarding hearing schedule and related matters (.6); telephone conference with Mr. Lammiman concerning his position on Stipulation (.3); two telephone conferences with Mr. Miller and Mr. Berkoff regarding modification of Stipulation (.5); telephone conference with Mr. McLean regarding terms of Stipulation and authority to accept Stipulation (.5); telephone conference with Mr. Lammiman regarding | 2.30 |

WHD/8682892.1

555 EAST WELLS STREET | SUITE 1900 | MILWAUKEE, WI  53202-3819 | TEL 414 273 2100 | FAX 414 223 5000 | WWW.WHDLAW.COM
OFFICES IN MILWAUKEE AND MADISON, WI

River East Plaza, LLC
Account No. 30889
Page 27

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| | | changes to Stipulation (.1); review final Stipulation, confirm with Mr. Miller and monitor filing (.3). | |
| 03/14/11 | M. Gosman | Review stipulation and agreed order regarding LNV's dismissal motion and consider impact of same on reorganization strategy (.6). | 0.60 |
| 03/15/11 | M. Gosman | Respond to correspondence from Cook County Treasurer (.2). | 0.20 |
| 03/16/11 | D. Diesing | Prepare for and attend Section 341 in Chicago including review of Schedules and SOFA, travel, meeting with Messrs. McLean and M. Mayer (5.7). | 5.70 |
| 03/29/11 | M. Gosman | Review correspondence from Mr. F. Pancini and consider claims for Pancini Commercial LLC against the Debtor (.4); correspond with Mr. Mayer regarding same (.2). | 0.60 |
| 03/30/11 | M. Gosman | Conference with Mr. Pancini regarding status of reorganization case and the alleged lien claims of his company (.1). | 0.10 |
| 04/04/11 | M. Gosman | Conference and correspond with Mr. Panici regarding his companies claims against the Debtor (.3). | 0.30 |
| 04/26/11 | M. Gosman | Conference and correspond with Mr. J. Sullivan, Counsel for H.M. Witt regarding his client's claims against the Debtor (.2); conference and correspond with Mr. Mayer regarding same (.2). | 0.40 |
| 04/28/11 | D. Diesing | Continue work on discovery demands and depositions (.9); telephone conference with Mr. Lammiman regarding requests (.3). | 1.20 |
| 05/03/11 | D. Diesing | Telephone conference with Mr. D. McLean and Mr. M. Mayer regarding discovery requests made by LNV (.7); continue work on responses and review of documents (.6). | 1.30 |
| 05/03/11 | M. Gosman | Review LNV's interrogatories and revise draft response to same (.8). | 0.80 |
| 05/04/11 | D. Diesing | Continue to work on responses to discovery requests and telephone conference with Mr. McLean regarding same (.8). | 0.80 |
| 05/10/11 | D. Diesing | Telephone conference with Mr. McLean regarding creditor inquiries and LNV's questions (.4); telephone conference with reporter seeking input (.2). | 0.60 |
| 06/23/11 | M. Gosman | Correspond with Mr. J. Sullivan, counsel for H.M. Witt regarding treatment of his client's claims under the amended plan (.3). | 0.30 |
| 07/01/11 | M. Gosman | Conference with Mr. T. Kelly, counsel for Air-Rite, | 0.20 |

⑦   -5.7 x .1 x $475

White Hirschboeck Dudek S.C.

River East Plaza, LLC
Account No. 30889
Page 30

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| 03/12/11 | D. Diesing | Investigate potential appraisers and consider (.4). | 0.40 |
| 03/14/11 | D. Diesing | Continue efforts to locate appraiser and discussions with American Appraisal (.6). | 0.60 |
| 03/14/11 | D. Diesing | Telephone conference with Mr. M. Fishman regarding completing financing commitment (.4). | 0.40 |
| 03/16/11 | D. Diesing | Meet with Mr. McLean and Mr. Mayer regarding plan financing (.7); negotiations with Mr. Fishman regarding terms of financing (.4). | 1.10 |
| 03/17/11 | D. Diesing | Consider plan options and negotiations with Mr. Fishman regarding financing package (.8). | 0.80 |
| 03/18/11 | D. Diesing | Review options for payment "waterfall" in plan and financing terms (.4); telephone conference with Mr. McLean regarding negotiating position and options (.4). | 0.80 |
| 03/21/11 | D. Diesing | Prepare for and attend conference call on plan options and investment by Mr. Fishman's client (1.2). | 1.20 |
| 03/22/11 | M. Gosman | Conference with Mr. Mayer regarding preparation of appraisal (.1). | 0.10 |
| 03/23/11 | D. Diesing | Conference with Mr. Lammiman regarding plan concepts (.2); two telephone conferences with Mr. McLean regarding appraisals, plan and related matters (.3). | 0.50 |
| 03/24/11 | D. Diesing | Review term sheet, consider plan structure and extended telephone conference with Mr. McLean and staff regarding revision of term sheet, meeting of investors and related matters (1.6). | 1.60 |
| 03/26/11 | D. Diesing | Consider plan concepts (.3). | 0.30 |
| 03/29/11 | D. Diesing | Preparation and attend conference call with investor's counsel on plan financing (.9). | 0.90 |
| 04/05/11 | D. Diesing | Conference calls regarding plan financing terms (.4). | 0.40 |
| 04/11/11 | C. Bohl | Analysis of Kelly appraisal and supplement (1.4); analysis of Marous & Co. appraisal (1.6); brief database research concerning vacancy and rent trends in Chicago loop (.3). | 3.30 |
| 04/13/11 | D. Diesing | Telephone conference with Mr. E. Lammiman regarding term sheet for financing and closure for funding verification (.3). | 0.30 |
| 04/15/11 | D. Diesing | Continue work on and review correspondence regarding notice issues involving lienholders (.4); review and provide input on plan financing proposal (.5); telephone conference with Mr. Lammiman regarding plan financing and cash collateral (.5). | 1.40 |

Handwritten annotations: ⑦ "- 1.6 x .1 x $550" next to 03/24/11; ⑦ "- .9 x .1 x 550" next to 03/29/11.

River East Plaza, LLC
Account No. 30889
Page 31

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 04/16/11 | D. Diesing | Review financing package for plan (.3). | 0.30 |
| 04/18/11 | D. Diesing | Telephone conference with Mr. Lammiman (.2) and multiple correspondence regarding financing commitment and changes thereto (.7). | 0.90 |
| 04/19/11 | D. Diesing | Telephone conference with Mr. Lammiman regarding Chapter 11 funding and exit funding (.4); telephone conference with Mr. McLean regarding funding and terms of plan (.4); telephone conference with Mr. Lammiman regarding funding issues for plan (.2). | 1.00 |
| 04/25/11 | D. Diesing | Continue to develop plan concepts and begin work on Disclosure Statement (1.7). | 1.70 |
| 04/25/11 | M. Gosman | Commence preparation of Disclosure Statements (1.0). | 1.00 |
| 04/26/11 | D. Diesing | Continue work on disclosure statement (.4); continue to review exhibits and documents related to post-petition financing (.3). | 0.70 |
| 04/26/11 | M. Gosman | Continue preparation of disclosure statement (2.2). | 2.20 |
| 04/27/11 | D. Diesing | Continue to work on Plan, Plan concepts and Disclosure Statement (1.9); telephone conference with Mr. McLean regarding Plan (.3). | 2.20 |
| 04/27/11 | M. Gosman | Review and revise reorganization plan (2.6); continue preparation of disclosure statement (1.5). | 4.10 |
| 04/28/11 | C. Bohl | Review interrogatories and document requests from LNV Corporation (.9). | 0.90 |
| 04/28/11 | D. Diesing | Continue preparation of Plan and Disclosure Statement (1.8). | 1.80 |
| 04/28/11 | M. Gosman | Continue preparation of disclosure statement (7.1). | 7.10 |
| 04/29/11 | D. Diesing | Telephone conference with Mr. McLean regarding plan concepts and issues (.3); prepare for, including financing document review, and attend conference call with Messrs. Fishman, M. Gensburg and Lammiman regarding plan and plan financing (1.7); review pending related documents and attend conference call with Messrs. W. Massey, Lammiman and McLean regarding plan treatments and plan completion (.9); continue work on plan drafting (.8); work on discovery responses, correspond with Mr. Mayer and work on deposition scheduling (.6). | 4.30 |
| 04/29/11 | M. Gosman | Continue preparation of disclosure statement (2.3). | 2.30 |
| 04/30/11 | C. Bohl | Review interrogatories of April 7, 2011 from LNV Corporation and related document requests and review file for responsive documents and information (2.9). | 2.90 |

Handwritten annotations: "7" circled (three times), "-3.2 × .1 × 550"

Whyte Hirschboeck Dudek S.C.

River East Plaza, LLC
Account No. 30889
Page 32

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 04/30/11 | D. Diesing | Continue intensive work on preparation of plan, disclosure statement and related motions for establishment of Bar Date (6.4). | 6.40 |
| 05/01/11 | C. Bohl | Conference with defense team and assist in drafting Motion for Order scheduling disclosure statement and plan. | 0.60 |
| 05/01/11 | D. Diesing | Continue work on discovery responses and questions and to do list for discovery and evidence matters (.5). | 0.50 |
| 05/01/11 | M. Gosman | Review revised draft of plan (.6). | 0.60 |
| 05/02/11 | C. Bohl | Telephone conference with client and begin drafting responses to interrogatories and document request of LNV Corporation (2.7); review e-mail messages from counsel for Geneva concerning production of documents and hearing schedule (.1); edit and assist in drafting Plan; Motion to Establish Bar Date; and Disclosure Statement (1.9); review appraisal documentation prior to transmittal to LNV Corporation (.3). | 5.00 |

⑦  ~2.7 x .1 x $420

| | | | |
|------|--------------------|-------------|-------|
| 05/02/11 | D. Diesing | Numerous telephone conferences with Mr. D. McLean regarding terms of plan, extended negotiations and e-mails with Messrs. M. Fishman, M. Gensburg, F. Lammiman, D. Kane and M. Mayer regarding terms of plan, disclosure statement, bar date motion and asset management agreement; continue extensive drafting and preparation of agreement, motions, plan and disclosure statement and filing of documents (9.1). | 9.10 |

⑦  ~9.1 x .1 x $550

| | | | |
|------|--------------------|-------------|-------|
| 05/02/11 | D. Diesing | Continue to work on discovery responses (.6); correspondence to Mr. N. Miller regarding depositions and documents (.2); telephone conference with Mr. Miller regarding timing of depositions (.2). | 1.00 |
| 05/02/11 | M. Gosman | Numerous conferences with Mr. Kane regarding revisions to the plan and disclosure statement (.9); continue preparation of disclosure statement (4.2); revise joint plan of reorganization and circulate drafts to Mr. Kane, Mr. Lammiman, and Mr. Gensburg, counsel for the SLC entities (3.5); prepare exhibits to disclosure statement (1.5); coordinate filing of plan and disclosure statements (1.6). | 11.70 |
| 05/03/11 | C. Bohl | Conference with clients to prepare interrogatory answers to interrogatories from LNV Corporation and assemble documents needed to respond to LNV Corporation document request (.5); begin review of voluminous documentation produced by client (3.2); telephone conference with Attorney F. Lammiman (representing Geneva) regarding logistics and strategy at | 5.30 |

River East Plaza, LLC
Account No. 30889
Page 33

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| | | upcoming hearings (.3); draft interrogatory answers for client (.6); draft pleading responding to document request (.7). | |
| 05/03/11 | D. Diesing | Monitor and exchange voluminous correspondence with Mr. Miller, Mr. Fishman, Mr. F. Lammiman, Mr. Gensburg and Mr. McLean regarding ancillary plan and loan documents (1.1); continue preparation of loan documents, LLC documents and asset management agreement (1.9); two telephone conferences with Mr. Lammiman regarding positions to take vis-a-vis lenders on various issues (.4); develop and telephone conference with Mr. Lammiman regarding arguments for plan confirmation (.3). | 3.70 |
| 05/03/11 | M. Gosman | Review drafts loan agreement, mortgage, and membership interest purchase agreement (1.2). | 1.20 |
| 05/04/11 | C. Bohl | Telephone conference with Mr. D. McLean regarding discovery responses (.2); high level review of four boxes of e-mail messages; business records; appraisals; and related documentation prior to production (3.2); telephone conference with Attorney F. Lammiman to coordinate logistics and timing of discovery responses (.2); draft correspondence to counsel for LNV Corporation concerning discovery responses and privilege log (.2); office conference with Attorney D. Diesing concerning upcoming motion hearing and effect on discovery (.1). | 3.90 |
| 05/04/11 | D. Diesing | Continue revision of loan documentation and related investment documentation (1.1); extended negotiations with Messrs. Gensburg, Fishman, S. Khoudari, Lammiman, Kane and Ms. M. Katzmer regarding language and terms of loan documents, management agreement, investment agreement and Disclosure Statement (revisions to filed document) (1.7); continue to work on documents and prepare for hearing and arrange for signing and filing of documents (2.8). | 5.60 |
| 05/04/11 | M. Gosman | Review asset management agreement and budget projection (1.9); conference with Mr. Kane regarding revision to budget and potential need for amended disclosure statement (.2); prepare for May 5, 2011 hearing (2.8); coordinate filing of exhibits to disclosure statement (1.0). | 5.90 |
| 05/05/11 | C. Bohl | Review motion of LNV Corporation seeking immediate dismissal and assist in preparing response for today's hearing. (1.5); complete review of discovery documentation to be produced to LNV Corporation and exchange e-mail messages with client (1.2); office conference with Attorney D. Diesing regarding results | 4.10 |

*(handwritten annotations in right margin: "⑦ −2.8 × .1 × 550" next to the 05/04/11 D. Diesing entry; "⑦ −1.2 × .1 × 420" next to the 05/05/11 C. Bohl entry)*

WHD/8682892.1
555 EAST WELLS STREET | SUITE 1900 | MILWAUKEE, WI 53202-3819 | TEL 414 273 2100 | FAX 414 223 5000 | WWW.WHDLAW.COM
OFFICES IN MILWAUKEE AND MADISON, WI

When Does Scrip Pay for Week S.C.

River East Plaza, LLC
Account No. 30889
Page 34

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| | | of today's hearing and preparation for upcoming hearing (.3); review past court Orders at issue in upcoming hearing and prepare outline of defenses for hearing (1.1). | |
| 05/05/11 | D. Diesing | ⑦ Prepare for, travel and attend hearing on Plan & Disclosure Statement in Chicago, including meetings with Mr. Lammiman and Mr. Kane and telephone conferences with Mr. McLean. | 6.50 |
| 05/05/11 | D. Diesing | Develop plan for hearing on Plan & Disclosure Statement adequacy to be held May 9, 2010, including form and type of testimony (1.1); telephone conference with Mr. Fishman regarding testimony he might provide (.4); telephone conference with Mr. McLean regarding information and parking (.3). | 1.80 |
| 05/05/11 | M. Gosman | Continued preparations for today's hearing on scheduling motion (.7); commence preparation of amended disclosure statement (3.0). | 3.70 |
| 05/06/11 | C. Bohl | Telephone conference with Attorney F. Lammiman considering upcoming hearing (.3); Review recently file ⑦ pleadings and prepare for upcoming hearing (4.2); telephone conference with Mr. Dan McLean regarding upcoming hearing (0.2); telephone conference with Attorney M. Fishman and others concerning upcoming hearing and logistical details of assumption of property by new owner (.3); exchange e-mail messages with counsel for LMS Corporation regarding exchange of documents and make arrangements for drop box (0.2) | 5.20 |
| 05/06/11 | M. Gosman | Prepare for May 9, 2011 hearing on adequacy of disclosure statement and establishment of deadlines (1.5). | 1.50 |
| 05/07/11 | C. Bohl | ⑦ Review file and prepare outline of presentation at upcoming hearing (5.2); telephone conferences with Attorney Lammiman (.3); telephone conference with counsel for Lender regarding necessity of testimony by Lender at upcoming hearing (.3); Legal Research -- objections raised by LNV regarding Plan and Disclosure Statement (1.2). | 7.00 |
| 05/07/11 | D. Diesing | Continue to prepare for hearing on plan adequacy under March 14 order (3.9); interview witnesses and discussions with opposing counsel (1.5); continue preparation of testimony and verification of documents (1.4). | 6.80 |
| 05/07/11 | M. Gosman | Research where retention of equity by pre-petition equity holders is not a violation of 11 U.S.C. 1129 (b)(2)(B)(ii) (1.6). | 1.60 |

*Handwritten annotations: "6.5 x .1 x 550", "-4.2 x .1 x 420", "-5.2 x .1 x 420"*

River East Plaza, LLC
Account No. 30889
Page 35

| Date | Attorney/Paralegal | Description | Hours |
|---|---|---|---|
| 05/08/11 | C. Bohl | Prepare outline of examination of Mr. D. McLean (1.2); telephone conferences throughout day with client and defense team (1.3); prepare outline for examination of Atty. Fishman (1.5); exchange email messages with counsel for LNB regarding production of documents (.3); review documents produced by client in discovery for use as exhibits at upcoming hearing (.9). | 5.20 |
| 05/08/11 | D. Diesing | Continue preparation of testimony and arguments for hearing including research and review of case law involving LNV (4.3); review testimony with Mr. McLean (1.0); continue preparation and multiple correspondence with Mr. Lammiman (2.4). | 7.70 |
| 05/09/11 | C. Bohl | Continue preparation for contested hearing on adequacy of plan, working travel to Chicago and meet with witness and counsel for Geneva and SLC Investors in preparation for contested hearing (5.2); attend hearing and argue case before Judge Black, including preparation of witness (4.5); follow up meetings on future strategy, return travel and work on scheduling and future strategy arguments (2.4). (Travel time at 1/2) | 12.10 |
| 05/09/11 | D. Diesing | Continue preparation for contested hearing on adequacy of plan, working travel to Chicago and meet with witness and counsel for Geneva and SLC Investors in preparation for contested hearing (5.2); attend hearing and argue case before Judge Black, including preparation of witness (4.5); follow up meetings on future strategy, return travel and work on scheduling and future strategy arguments (2.4). (Travel time at 1/2) | 12.10 |
| 05/09/11 | M. Gosman | Revise exhibit G to disclosure statement and coordinate filing of same (.7). | 0.70 |
| 05/10/11 | C. Bohl | Attend hearing in bankruptcy court and negotiate scheduling order (.5); travel to Chicago (1.6); prepare discovery request to U.S. Trustee (.1); conference with client regarding status (.1); prepare Task List for defense team in light of new schedule (2.3). | 4.60 |
| 05/10/11 | D. Diesing | Consider dates for plan, next strategies, remaining matters to prove and establish and best methods to proceed with case (1.9); negotiations with Mr. Lammiman regarding dates and changes to solicitation materials (.4); negotiations regarding dates, solicitation materials and lender consent to plan with Mr. Miller (.6); follow up regarding drafting and notices (.4); preparation for hearing on 5/10/11 (.6). | 3.90 |
| 05/10/11 | M. Gosman | Preparation for May 11 hearing on scheduling motion (1.8); conference with Mr. Miller and Mr. Lammiman regarding May 11 hearing (.4); revise proposed | 3.00 |

Handwritten annotations:
- next to 05/08/11 D. Diesing entry: ~4.3 x .1 x 550
- next to 05/09/11 C. Bohl entry: -12.1 x .1 x 420
- next to 05/09/11 D. Diesing entry: -12.1 x .1 x 550

River East Plaza, LLC
Account No. 30889
Page 36

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| | | scheduling order (.3); revise proposed ballot and solicitation notice (.5). | |
| 05/11/11 | C. Bohl | Prepare draft Orders for upcoming hearing (.5); review all known appraisals for River East Plaza, correlate, and prepare document request for appraisals from Receiver and U.S. Trustee (2.4). | 2.90 |
| 05/11/11 | D. Diesing | Continue work on scheduling of hearings and notice for Plan and claims and preparation of solicitation materials (1.1); telephone conference conference Mr. Lammiman regarding scheduling and notices (.5); telephone conference with Mr. C. Gulden regarding his views on notices, deadlines and related matters (.3); legal research regarding governmental claims bar date options (.7); assist with preparation for hearing and scheduling (.4). | 3.00 |
| 05/11/11 | M. Gosman | Final preparation for hearing on scheduling motion (1.3); revise proposed scheduling order and prepare amended ballot and amended solicitation notice and circulate same to Mr. Lammiman (1.9). | 3.20 |
| 05/12/11 | C. Bohl | Complete document request and make arrangements for service (.5); review e-mail message from U.S. Trustee (.2); exchange e-mail messages with Attorney Miller (.1); assist in drafting pleadings on expedited basis for immediate filing (1.8). | 2.60 |
| 05/12/11 | D. Diesing | Continue to address dates and pending motions and work on orders and discovery for plan (.8); correspondence with Mr. McLean (.2). | 1.00 |
| 05/12/11 | M. Gosman | Revise solicitation notice (.3); correspond with Mr. M. Berkoff, Mr. Miller, and Mr. Lammiman regarding revised scheduling order and bar date notice and order (.2); final revisions to ballot, solicitation notice, and proposed scheduling order and coordinate filing of same (.9) | 1.40 |
| 05/13/11 | D. Diesing | Continue work on solicitation materials, responses to LNV's changes and demands, response to Mr. Gulden's concerns over bar date and notices and revised order regarding same (1.1); telephone conference with Mr. Lammiman regarding bar date (.3). | 1.40 |
| 05/13/11 | M. Gosman | Conference with Mr. Kane regarding revisions to plan and disclosure statement (.2); revise amended disclosure statement (1.4). | 1.60 |
| 05/13/11 | M. Gosman | Conference and multiple correspondence with Mr. W. Kabaker, counsel for several lien claimants (.4). | 0.40 |
| 05/15/11 | M. Gosman | Revise disclosure statement (.6); correspond with Mr. | 0.70 |

⑦  -2.4x-1x$20

Whyte Hirschboeck Dudek S.C.

River East Plaza, LLC
Account No. 30889
Page 40

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| | | election and Amended Pretrial Order regarding discovery to be done prior to hearing (1.6). | |
| 06/06/11 | D. Diesing | Telephone conference with Mr. R. Harland regarding annuities (.3); review deposition scheduling controversy and begin review of additional appraisal (.8); address new Lease impact on appraisals and plan (.4); telephone conference with Mr. Lammiman regarding appraisal (.3). | 1.80 |
| 06/06/11 | M. Gosman | Review appraisal prepared by Mr. T. O'Brien (.4); numerous correspondence and conferences with Mr. MaRous and Mr. O'Brien regarding deposition and trial preparations (.5). | 0.90 |
| 06/07/11 | C. Bohl | Ongoing negotiations throughout day for pretrial scheduling order (1.4); review documents produced by Receiver reflecting current condition of River East Plaza (1.6); review appraisal by Terrence O'Brien (.9). | 3.90 |
| 06/07/11 | D. Diesing | Trial and deposition preparation and witness scheduling and document production tasks (2.1); continue research on valuation (.3). | 2.40 |
| 06/07/11 | D. Diesing | Telephone conference with Mr. Harland and Mr. Kuzeck regarding annuity (.2). | 0.20 |
| 06/07/11 | M. Gosman | Preliminary research on valuing secured creditors claims (1.8). | 1.80 |
| 06/08/11 | C. Bohl | Negotiations regarding Scheduling Order and draft and edit Order throughout day. | 1.90 |
| 06/08/11 | D. Diesing | Assist with preparation for hearing and scheduling (.4); several conferences and numerous e-mails regarding deposition schedule and scheduling order (.5); consider discovery issues and scheduling order and approval by Court (.6). | 1.50 |
| 06/08/11 | M. Gosman | Travel to/from and attend hearing on amended scheduling order (6.0); review numerous correspondence regarding scheduling order and conference with Mr. Kane regarding same (1.1). | 7.10 |
| 06/09/11 | C. Bohl | Exchange e-mail messages with all counsel regarding upcoming discovery (.5); review recently produced materials from Receiver regarding status and condition of building (1.2); review case law concerning procedure for section 1111(b)(2) election and prove necessary at confirmation hearing (2.2). | 3.30 |
| 06/10/11 | C. Bohl | Exchange multiple e-mail messages with Attorney R. Radasvich (.2); review LNV document production including property appraisal by appraiser Kelley (3.3). | 3.50 |

Handwritten annotations: "— 1.9 x .1 x 420" and "7.1 x .1 x 250"

Whyte Hirschboeck Dudek S.C.

River East Plaza, LLC
Account No. 30889
Page 43

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| | | standards fro confirmation (.4). | |
| 06/21/11 | D. Diesing | Continue analysis of revised plan and review of correspondence regarding DIP financing (1.1); consider financing issues raised by Mr. N. Miller as well as objection to financing (.5); continue legal research regarding 1111(b) conditions and options include Aradigm standards (.9). | 2.50 |
| 06/21/11 | M. Gosman | Research standards for length of plan and reasonableness of plan treatment of claims whose holders have elected 1111(b)(2) treatment pursuant to section 1129 of the Bankruptcy Code (4.0). | 4.00 |
| 06/22/11 | C. Bohl | Exchange messages with Appraiser M. MaRous and review his 2003 appraisal of subject property (.9); review multiple e-mails throughout day from multiple lawyers for LNV with multiple discovery requests (.5). | 1.40 |
| 06/22/11 | D. Diesing | Continue work on revised plan (.4); telephone conference with Mr. McLean regarding expert witness and terms of plan (.3); review and assist with research on section 1129 cram down standards (.9). | 1.60 |
| 06/22/11 | M. Gosman | Research indubitable equivalent standard of 1129(b)(2)(A)(iii) and consider whether amended plan framework currently being considered satisfies same (2.4); meet with Mr. A. Philipsborn, Mr. D. Kubert, Mr. Lammiman, and Mr. Kane regarding retention of The Philipsborn Company as a litigation consultant (.7). | 3.10 |
| 06/23/11 | D. Diesing | Consider and develop changes to Plan to accommodate 1111(b) election by LNV (.7); continue drafting of Plan (1.1); telephone conference with Mr. McLean regarding payments, expert and timing of plan (.3); extended conference with Messrs. Lammiman, Massey and McLean regarding terms of revising plan (.8); continue revised filing and preparation of plan (.7); further preparation of plan and telephone conferences with Mr. Lammiman regarding drafting issue (.6); telephone conference with mortgage banker regarding alternative debt/funding instruments for plan 1111(b) compliance (.3). | 3.90 |
| 06/23/11 | M. Gosman | Review and revise multiple drafts of the second amended joint plan of reorganization (4.4); review and revise retention letter provided by Mr. Philipsborn and correspond with him regarding same (1.0); additional 1129(b)(2)(A)(iii) research regarding how court's determine if a secured lender is receiving the indubitable equivalent of its claims (2.1); coordinate filing and service of same (1.0). | 8.50 |

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| 06/24/11 | M. Gosman | Prepare supplementary notice of filing of 2nd amended plan and coordinate service and filing of same (1.1); conference and correspond with Mr. Mayer regarding plan's impact on unsecured and lien creditors (.4); review expert report prepared by Mr. Kubert and correspond with Mr. Kubert regarding same (.7). | 2.20 |
| 06/27/11 | C. Bohl | Telephone conferences with expert witness to finalize expert witness reports and review exhibits to report (2.2); review pleadings filed by LNV; amended motion for relief from stay and motion to extend page limitation and analyze (2.2); draft witness list (.6). | 6.00 |
| 06/27/11 | D. Diesing | Telephone conferences with Mr. Lammiman, Mr. Bohl and Mr. M. Gosman regarding newly filed motion and expert reports. | 0.80 |
| 06/27/11 | M. Gosman | Review expert report prepared by the Philipsborn Company and consider if any modifications are needed to same (.7); numerous correspondence with Mr. Lammiman and Mr. Kane regarding expert report and preparation of witness list to be provided to LNV (.5). | 1.20 |
| 06/28/11 | C. Bohl | Review expert witness report and forward to all parties (.7); edit and circulate witness list and related pleadings (.5); draft brief in opposition to multiple pending motions from LNV (1.6); review order reassigning case and review court electronic docket (.1). | 2.90 |
| 06/28/11 | D. Diesing | Two telephone conferences with Mr. McLean regarding technical provisions of plan and financing alternatives to respond to objections of LNV (.4); review objection of Intercontinental and Amended Motion by LNV for lifting of stay and conduct limited research regarding issues raised (1.4); continue preparation of reply to motion (.7). | 2.50 |
| 06/29/11 | C. Bohl | Edit and draft brief in opposition to amended motion for relief from stay and prepare argument for hearing tomorrow (2.4); read new 7th Circuit case law regarding scope and interpretation of section 1129(b)(2) and prepare argument and brief in support of plan confirmation (4.2); review witness list of LNV and discuss with Mr. D. McLean (.4); review "Emergency Motion" filed during evening by counsel for LNV and Pacer research to identify correct court and organize response to motion (.7). | 7.70 |
| 06/29/11 | D. Diesing | Continue work on response to outstanding motions for relief from stay and issues related to change of Judges and scheduling (1.2); telephone conference with Mr. J. Beck regarding state court order requiring filing of proof of claim (.5); telephone conference with Mr. C. | 2.90 |

Whyte Hirschboeck Dudek S.C.

River East Plaza, LLC
Account No. 30889
Page 48

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| | | negotiations with LNV and related matters (.6). | |
| 08/02/11 | D. Diesing | Conference calls regarding plan concepts and amendments and telephone conference with Mr. Lammiman regarding follow up (.8). | 0.80 |
| 08/03/11 | C. Bohl | Review court Orders and make preparation for hearing noticed by court. | 0.50 |
| 08/04/11 | C. Bohl | Telephone conference with Attorney F. Lammiman regarding upcoming hearing and resolution of secured claims under recent term sheet. | 0.50 |
| 08/04/11 | M. Gosman | Review term sheet for sale of LNV's position to SL Investments I, LLC and asset management agreement and consider how same will effect River East's bankruptcy case (1.4); review Debtor's schedule F and foreclosure proceeding orders to determine value of unsecured claims that must be recognized (1.0); correspond with Mr. Lammiman regarding same (.2). | 2.60 |
| 08/05/11 | M. Gosman | Conference with Mr. Lammiman regarding motion to extend plan exclusivity period (.3); research standard for extension of plan exclusivity period (.3); prepare motion to extend exclusive solicitation period (3.4). | 4.00 |
| 08/08/11 | D. Diesing | Continue preparation of motion to extend exclusive period (.6); several exchanges of e-mails with Mr. M. Berkoff, Mr. N. Miller and Mr. F. Lammiman regarding extension (.7); preparation for hearing before judge Wedoff (1.6); telephone conference with Mr. D. McLean regarding position to take in negotiations with LNV and new investor (.3); determine potential trial dates (.3). | 3.50 |
| 08/08/11 | M. Gosman | Continue preparation of motion to extend exclusive solicitation period (2.1); conference with Mr. Lammiman regarding same (.2); conference with Mr. McLean regarding status of negotiations with LNV (.2); prepare notice of motion and certificate of service (.3); coordinate filing of notice of motion and motion (.4) prepare for August 9, 2011 status conference (.6) | 3.80 |
| 08/09/11 | D. Diesing | Travel to Chicago, prepare for scheduling conference and motion for relief from stay, attend hearing and conferences regarding results and next steps (7.9); three telephone conference with Mr. McLean on case development and strategy (.6); two telephone conferences with Mr. Lammiman regarding options and strategy (.6). | 9.10 |
| 08/09/11 | M. Gosman | Consider what actions Debtor should take in response to Judge Wedoff granting LNV's motion for relief from stay (.6). | 0.60 |

-7.9 x .1 x 550

River East Plaza, LLC
Account No. 30889
Page 50

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| | | Lammiman and Mr. Kane regarding how to tailor the third amended reorganization plan to reflect deficiencies the court found in the previously filed plan (1.1); review case law interpreting rule 9023 and consider best arguments for the granting of relief thereunder (1.4); research treatment of due on sale clauses in reorganization plans (1.7). | |
| 08/18/11 | D. Diesing | Begin review of plan; telephone conferences with Mr. Lammiman and work on plan and motion for reconsideration (1.4); telephone conference with Mr. McLean to explain plan (.3). | 1.70 |
| 08/18/11 | M. Gosman | Review and revise third amended chapter 11 plan of the Debtor (2.8); prepare Rule 9023 motion (6.0); research propriety of proposing a replacement lien for an 1111(b)(2) elector and prepare arguments and correspond with Mr. Lammiman and Mr. Kane regarding same (3.1). | 11.90 |
| 08/19/11 | D. Diesing | Continue review of case law and develop plan options (1.0); telephone conference with Mr. Lammiman regarding plan issues (.3); conference call with Messrs. McLean, Massey, Balk and Lammiman regarding terms of plan, options, risks and financial support (.8); telephone conference with Mr. Lammiman regarding plan drafting (.2). | 2.30 |
| 08/19/11 | M. Gosman | Conduct additional research on how courts determine what constitutes the "indubitable equivalent" of a claim and correspond with Mr. Lammiman and Mr. Kane regarding same (.5). | 0.50 |
| 08/21/11 | M. Gosman | Review and respond to correspondence from Mr. Lammiman and Mr. Kane regarding Third Amended Plan (.4). | 0.40 |
| 08/22/11 | D. Diesing | Continue revision of plan (2.0); telephone conferences with Mr. Lammiman regarding plan changes (.4); telephone conference with Mr. McLean regarding plan terms (.2); continue work on motion for reconsideration and motion for stay (2.1). | 4.70 |
| 08/22/11 | M. Gosman | Review and revise Third Amended Plan (4.4); revise motion to alter or amend judgment (2.8); research potential basis for tolling of lift stay order pending outcome of motion to alter or amend judgment (1.7). | 8.90 |
| 08/23/11 | D. Diesing | Continue preparation of motion to alter or amend and new plan (2.3); several negotiations and conference calls with Mr. Lammiman and Mr. Fishman regarding terms of plan (1.9); telephone conferences with Messrs. Lammiman, Kane, Balk and McLean regarding plan terms and drafting issues (1.6); telephone conferences | 6.40 |

⑦  - .5 x .1 x 250

River East Plaza, LLC
Account No. 30889
Page 51

| Date | Attorney/Paralegal | Description | Hours |
|---|---|---|---|
| | | with Mr. McLean regarding plan financing (.6). | |
| 08/23/11 | M. Gosman | Research whether providing an 1111(b)(2) electing creditor with title to the property would satisfy both 1111(b)(2) and 1129 (2.4); revise motion to alter or amend judgment and circulate draft for comments to Mr. Lammiman and Mr. Kane (2.5); numerous conferences with Mr. Lammiman, Mr. Kane, and Mr. McLean regarding Third Amended Plan and motion in support thereof (1.4); consider merits of allowing LNV to retain title in the property instead of a more typical lien (.8); final revisions to Plan and motion to alter judgment and coordinate filing of same (2.8). | 9.90 |
| 08/24/11 | D. Diesing | Follow up on plan filing and telephone conference with Mr. McLean regarding financing (.5). | 0.50 |
| 08/26/11 | D. Diesing | Telephone conference with Mr. McLean regarding financing and related matters; correspondence to Mr. Fishman regarding terms of liens in plan (1.2). | 1.20 |
| 08/26/11 | M. Gosman | Review correspondence from Mr. Lammiman and begin preparations for August 31, 2011 hearing on Debtor's motion to alter or amend judgment (.5). | 0.50 |
| 08/29/11 | D. Diesing | Four telephone conferences with Mr. Fishman regarding financing issues and confirmation (1.3); two telephone conferences with Mr. McLean regarding plan financing and related issues (.7); begin review of objections to new plan (.6). | 2.60 |
| 08/29/11 | M. Gosman | Review LNV's objection to motion to alter or amend judgment and begin preparation of draft response to same (4.1). | 4.10 |
| 08/30/11 | D. Diesing | Several telephone conferences with Mr. Fishman and correspondence regarding plan financing, parking and terms of plan (1.6); several telephone conferences with Mr. McLean regarding financing, plan and preparation for hearing (1.4); continue preparation of brief for plan and numerous telephone conferences with Mr. Lammiman regarding plan, brief, financing and presentation to Court (1.5); telephone conference with Mr. Ginsberg regarding negotiations with Mr. Khoudari (.2). | 4.70 |
| 08/30/11 | M. Gosman | Continue preparation of response to LNV's objection to plan proponents motion to alter or amend judgment (5.0); prepare objection to U.S. Trustee's motion dismissing the chapter 11 case and correspond with Mr. Lammiman and Mr. Kane regarding same (.8); preparation for hearing on motion to alter or amend judgment (.9). | 6.70 |

*Handwritten annotations in margin:*
⑦ -4.1 x.1 x 250
⑦ -1.5 x.1 x 550
⑦ -.8 x 250

WHD/8682892.1
555 EAST WELLS STREET | SUITE 1900 | MILWAUKEE, WI 53202-3819 | TEL 414 273 2100 | FAX 414 223 5000 | WWW.WHDLAW.COM
OFFICES IN MILWAUKEE AND MADISON, WI

River East Plaza, LLC
Account No. 30889
Page 52

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| 08/31/11 | D. Diesing ⑦ | Continue preparation for hearing on motion to alter or amend, attend hearing, plan research and brief ordered by the Court (6.5). | 6.50  — 0.65  × $550  - $357.50 |
| 08/31/11 | M. Gosman | Continued preparation for hearing on motion to alter or amend judgment (.7); conference with Mr. Wakefield regarding payment of U.S. Trustee's fees (.1); commence "reasonableness" standard research under 362(d)(3) (2.8); commence drafting brief in support of motion to alter or amend judgment explaining reasonableness standard (1.4); research compliance with 1129(b)(2)(A)(iii) (2.7). | 7.70 |
| 09/01/11 | M. Gosman | Research in support of brief arguing that relief pursuant to 362(d)(3) was improper (4.4); continue drafting brief (1.6). | 6.00 |
| 09/02/11 | D. Diesing ⑦ | Continue work on theories and research for filing as directed by Court and telephone conference with Mr. Lammiman regarding same (1.8). | 1.80 × $550  × 0.1  - $99.00 |
| 09/02/11 | M. Gosman | Conduct additional research on options other than lifting of the automatic stay under 362(d)(3) (2.1); continue preparation of brief in opposition to 362(d)(3) relief (1.6). | 3.70 |
| 09/03/11 | D. Diesing | Continue review and study of legal precedent on 1111(b) (1.2). | 1.20 |
| 09/03/11 | M. Gosman | Review numerous correspondence from Mr. Lammiman (.8); conduct additional research on indubitable equivalent arguments for brief in opposition to the 362(d)(3) relief (1.5). | 2.30 |
| 09/04/11 | D. Diesing | Continue research and review of cases and commentary on 1111(b) (2.1); review of Mr. Lammiman's draft brief and work on structure of brief (1.1). | 3.20 |
| 09/04/11 | M. Gosman ⑦ | Conduct additional research and analysis in support of supplemental response of the plan proponents in support of the motion to alter or amend judgment and correspond with Mr. Lammiman regarding same (1.0). | 1.00 × $250  × 0.1  - $25.00 |
| 09/05/11 | D. Diesing | Continue preparation of brief requested by Judge Wedoff on 1111(b)(2) and substitution of collateral (3.5). | 3.50 |
| 09/05/11 | M. Gosman | Review Mr. Lammimans' draft supplemental response in support of the motion to alter or amend judgment and prepare new draft of same (10.2). | 10.20 |
| 09/06/11 | D. Diesing | Continue preparation of brief in support of altering or amending order (4.0). | 4.00 |
| 09/06/11 | M. Gosman | Continue preparation of supplemental response in | 9.30 |

River East Plaza, LLC
Account No. 30889
Page 54

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| | | for direct appeal and stay pending appeal (.8). | |
| 09/26/11 | D. Diesing | Continue work on motion to certify appeal and preparation for hearing (1.7). | 1.70 |
| 09/27/11 | M. Gosman | Multiple conferences with Mr. Gulden regarding his objection to direct appeal of the dismissal order (.2); consider Mr. Gulden's objections and correspond with Mr. Lammiman and Mr. Kane regarding same (.6). | 0.80 |
| 09/27/11 | M. Gosman | Review of LNV's response to Debtor's motion for direct appeal and stay pending appeal (2.6); conference with Mr. Lammiman and Mr. Kane regarding same (.4). | 3.00 |
| 09/28/11 | M. Gosman | Prepare for and attend hearing on proponents' motion for direct appeal and stay pending appeal (6.2); research proper form of motion for stay pending appeal and forum to file such a motion for stay pending appeal (1.6). | 7.80 |
| 09/29/11 | D. Diesing | Telephone conference with Mr. McLean regarding hearing on direct appeal and related matters (.3); work on strategy for appeal (.4). | 0.70 |
| 09/30/11 | D. Diesing | Consider options for stay pending appeal, process, procedure and legal arguments (1.1). | 1.10 |
| 09/30/11 | M. Gosman | Begin preparation of certification of the record for the appeals and preparing statement of issues for appeal (1.7); research regarding seeking stay pending appeal directly from the appeals court (1.0); commence preparation of motion for stay pending appeal (1.1). | 3.80 |
| 10/01/11 | D. Diesing | Conference call and follow up regarding stay and pleadings needed at 7th Circuit Court of Appeals (.8). | 0.80 |
| 10/01/11 | M. Gosman | Conference with Mr. Lammiman and Mr. Kane regarding appeal strategy (.6). | 0.60 |
| 10/03/11 | D. Diesing | Continue work regarding proper pleadings and plans to file motion for stay and other pleadings in direct appeal to 7th Circuit and work on legal arguments (.9). | 0.90 |
| 10/03/11 | M. Gosman | Continue preparation of designation of record on appeal and statement of issues on appeal (2.0); review hearing transcripts and determine which hearings are relevant to the appeals and should be cited in the petition for certification of direct appeal (.9). | 2.90 |
| 10/04/11 | D. Diesing | Continue work on appellate issues and record (2.0); telephone conference with Mr. C. Gulden regarding appeal of part of issues to District Court rather than Court of Appeals (.2); telephone conference with Mr. Lammiman regarding Mr. Gulden's request (.2). | 2.40 |

(handwritten: 7)

(handwritten: 6.2 x .1 x 250)

River East Plaza, LLC
Account No. 30889
Page 55

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| 10/04/11 | M. Gosman | Research and consider procedural questions related to the filing of a motion for stay pending appeal with the seventh circuit (2.1); revise statement of issues for appeal (1.0); commence preparation of petition for direct certification and motion for stay pending appeal (5.0). | 8.10 |
| 10/05/11 | D. Diesing | Continue work on appeal issues and statement of issues for appeal (.8); correspondence with Mr. Lammiman regarding regarding characterization of issues (.6). | 1.40 |
| 10/05/11 | M. Gosman | Review hearing transcripts and pleadings filed in the bankruptcy court and consider which should be designated for the record on appeal (4.0); revise statement of issues on appeal (1.6); numerous correspondence with Mr. Lammiman and Mr. Kane regarding issues and record (.7); coordinate filing and service of record and issues for appeal (.8). | 7.10 |
| 10/06/11 | M. Gosman | Prepare petition for permission to appeal the bankruptcy court orders lifting the stay, denying the motion to amend or alter judgment, and dismissing the chapter 11 case (10.4). | 10.40 |
| 10/07/11 | D. Diesing | Continue work on petition to 7th Circuit and telephone conference with Mr. Lammiman and Mr. Kane regarding petition (1.3). | 1.30 |
| 10/07/11 | M. Gosman | Review and revise petition for direct appeal of bankruptcy court orders (5.3); conference with Mr. Lammiman and Mr. Kane regarding direct appeal strategy (.4). | 5.70 |
| 10/09/11 | D. Diesing | Review correspondence and work on 7th Circuit arguments (3.5). | 3.50 |
| 10/10/11 | D. Diesing | Continue work on brief and motions to 7th Circuit (2.2). | 2.20 |
| 10/10/11 | M. Gosman | Numerous correspondence with Mr. Beck regarding status of bankruptcy case and appeal (.4); continued preparation of petition for direct appeal and stay pending appeal (9.1). | 9.50 |
| 10/11/11 | D. Diesing | Continue preparation of 7th Circuit pleadings (3.0). | 3.00 |
| 10/11/11 | M. Gosman | Continued preparation of petition for direct appeal and stay pending appeal (12.6). | 12.60 |
| 10/12/11 | D. Diesing | Review and work on filing issues (.6). | 0.60 |
| 10/12/11 | M. Gosman | Prepare disclosure statements and coordinate filing of same (1.0); numerous correspondence and conferences with Clerk Mr. J. Richmond regarding filing (.5); correspond with Mr. McLean and Mr. Mayer regarding appeal status (.4); review court order setting deadline | 3.20 |

Handwritten annotations: circled "7" next to 10/07/11 D. Diesing row; "x $550 × 0.1 = $71.50" next to the 1.30 hours; circled "4" next to 10/12/11 D. Diesing row; "x $550 = $330" next to the 0.60 hours.

WHD/8682892.1
555 EAST WELLS STREET | SUITE 1900 | MILWAUKEE, WI 53202-3819 | TEL 414 273 2100 | FAX 414 223 5000 | WWW.WHDLAW.COM
OFFICES IN MILWAUKEE AND MADISON, WI

River East Plaza, LLC
Account No. 30889
Page 57

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| 10/25/11 | D. Diesing | Consider options regarding bond and attend conference call regarding options for motion to Court (1.1). | 1.10 |
| 10/25/11 | M. Gosman | Conferences and correspondence with Mr. McLean, Mr. Lammiman, and Mr. Balk regarding appeal strategy (.6). | 0.60 |
| 10/26/11 | M. Gosman | Review specimen appellate briefs and research seventh circuit rules regarding format and substance of appeal briefs (1.1). | 1.10 |
| 10/27/11 | D. Diesing | Continue work on motion to modify bond (1.4); telephone conferences with Mr. McLean regarding cash for bond (.4). | 1.80 |
| 10/27/11 | M. Gosman | Review draft motion requesting reduced bond amount prepared by counsel for Geneva and revise same (3.6). | 3.60 |
| 10/28/11 | D. Diesing | Continue preparation of motion regarding bond and multiple telephone conferences with Mr. McLean and Mr. Lammiman regarding acquiring bond (1.1). | 1.10 |
| 10/28/11 | M. Gosman | Continued preparation of motion to reduce bond amount (2.4); numerous correspondence with Mr. Kane and Mr. Lammiman regarding status of same (.4); begin preparation of brief (1.8). | 4.60 |
| 10/29/11 | M. Gosman | Prepare motion and its exhibits for filing (1.3); file motion and coordinate service of same (.7). | 2.00 |
| 10/30/11 | M. Gosman | Continue preparation of appeal brief (3.2). | 3.20 |
| 10/31/11 | M. Gosman | Continue preparation of appeal brief (6.5). | 6.50 |
| 11/01/11 | D. Diesing | Continue preparation of 7th Circuit brief (1.3); review LNV response on bond issue (.3). | 1.60 |
| 11/01/11 | M. Gosman | Continue preparation of appeal brief (9.0). | 9.00 |
| 11/02/11 | D. Diesing | Continue preparation of brief and related research (.9); telephone conference with Mr. F. Lammiman regarding ideas for brief to 7th Circuit (.4). | 1.60 |
| 11/02/11 | M. Gosman | Continue preparation of appeal brief (9.4). | 9.40 |
| 11/03/11 | D. Diesing | Continue development of legal arguments for the 7th Circuit brief (1.0). | 1.00 |
| 11/03/11 | M. Gosman | Continue preparation of appeal brief (10.0). | 10.00 |
| 11/04/11 | D. Diesing | Correspondence regarding posting of bond (.2). | 0.20 |
| 11/07/11 | D. Diesing | Continue preparation of appellate brief and coordination with Mr. Lammiman (7.8). | 7.80 |
| 11/07/11 | M. Gosman | Continue preparation of appeal brief (12.1). | 12.10 |

River East Plaza, LLC
Account No. 30889
Page 58

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| 11/08/11 | D. Diesing | Continue preparation of appellate brief and attend to filing details (7.1); telephone conference with Mr. D. McLean regarding bond difficulties (.2). | 7.30 |
| 11/08/11 | M. Gosman | Complete preparation of appeal brief (8.9); numerous conferences with Mr. Kane and Mr. Lammiman (1.3); coordinate filing and service of brief (1.0). | 11.20 |
| 11/09/11 | D. Diesing | Numerous telephone conferences with potential bonding sources and correspondence regarding bond for appeal (1.6); telephone conference with Mr. Lammiman regarding bonds and appeal strategy (.4). | 2.00 |
| 11/09/11 | M. Gosman | Numerous emails and conferences with Mr. Lammiman and Mr. Kane regarding obtaining $100,000 bond (.7); bond research (1.0); numerous conferences with 7th Circuit clerks regarding acceptance of appeal brief and deadline for providing paper copies (.3); numerous conferences and correspondence with Ms. C. Reilly regarding obtaining a bond (.6); correspond with Mr. Mayer and Mr. McLean regarding receiver's report (.2); review and revise motion for extension of time to file bond (.8); coordinate filing and service of extension motion (.6). | 4.20 |
| 11/10/11 | D. Diesing | Follow up on 7th Circuit bond (.4); work on position and process for appeal brief and oral argument (.8). | 1.20 |
| 11/10/11 | M. Gosman | ⑦ Conference with Clerks office regarding motion to extend time to file bond; review orders related to same; numerous correspondence with Mr. Kane and Mr. Lammiman regarding posting of bond. | 0.50  -.5 x.1 x 250 |
| 11/15/11 | D. Diesing | Telephone conference with Mr. Lammiman regarding oral argument planning (.5) and continue planning and research regarding argument strategy (.7). | 1.20 |
| 11/15/11 | M. Gosman | Conduct FRCP 34 research (.4); consider case strategy including who should appear at oral argument before the 7th Circuit (.7); correspond with Mr. Lammiman and Mr. Kane regarding case strategy (.2). | 1.30 |
| 11/16/11 | D. Diesing | Exchange correspondence regarding payments to vendors (.2). | 0.20 |
| 11/17/11 | D. Diesing | Consider appellate issues and brief research regarding indubitable equivalent (.7). | 0.70 |
| 11/20/11 | M. Gosman | Review numerous correspondence from Mr. Lammiman regarding appeal strategy and respond to same (.5). | 0.50 |
| 11/21/11 | D. Diesing | Continue analysis of legislative history of 1129 and development of ideas for 7th Circuit arguments (1.1); telephone conference with Mr. Lammiman regarding | 1.70 |

River East Plaza, LLC
Account No. 30889
Page 59

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| | | same (.3); address issues in preparation for hearing on extension of budget and cash collateral order in light of case dismissal (.3). | |
| 11/22/11 | D. Diesing | Consider briefs, research and briefing schedule (.5); telephone conference with Mr. Lammiman regarding reply brief strategy (.4); prepare for and attend hearing on new budget for receiver and payment of expenses (.7); begin review of appellee's 7th Circuit brief (.6). | 2.20 |
| 11/22/11 | M. Gosman | Review response brief of U.S. Trustee (.5). | 0.50 |
| 11/23/11 | D. Diesing | Continue review of Appellee's brief and conference call regarding reply brief (2.3). | 2.30 |
| 11/23/11 | M. Gosman | Review LNV's brief and consider reply to same (3.1); 1129(a)(7)(B) legislative history research (1.0). | 4.10 |
| 11/25/11 | D. Diesing | Prepare for and attend conference call on strategy and arguments for reply brief to 7th Circuit (2.2). | 2.20 |
| 11/25/11 | M. Gosman | Conference with Mr. Lammiman and Mr. Kane regarding preparation of reply (.8); commence research regarding LNV's argument that the Debtor's failure to argue for alternative relief to lifting the automatic stay in response to the lift stay motion precludes the Debtor from raising that issue on appeal (1.1). | 1.90 |
| 11/26/11 | D. Diesing | Conference with Mr. Gosman regarding research questions and arguments to emphasize (.3). | 0.30 |
| 11/26/11 | M. Gosman | Research interpretation of "reasonable possibility of being confirmed within a reasonable time" under 362(d)(3) (3.8); research appropriates of raising on appeal issues that were not fully considered by the trial court (1.3). | 5.10 |
| 11/27/11 | D. Diesing | Continue work on 7th Circuit Reply Brief and related research (5.4). | 5.40 |
| 11/27/11 | M. Gosman | Section 1111(b)(2) research in support of reply brief. | 2.20 |
| 11/28/11 | D. Diesing | Continue editing, drafting and researching reply brief, including telephone conferences with Mr. Lammiman regarding specific arguments (4.3). | 4.30 |
| 11/29/11 | D. Diesing | Continue preparation of reply brief, preparation for oral argument and complete filing (10.2). | 10.20 |
| 11/30/11 | D. Diesing | Follow up on service and preparation for oral argument (1.8); telephone conference with Mr. McLean regarding financing and arguments in reply brief (.5). | 2.30 |
| 12/01/11 | D. Diesing | Continue preparation for oral argument (.9). | 0.90 |
| 12/01/11 | M. Gosman | Review reply brief in preparation for oral argument | 2.20 |

*Handwritten annotations: "7", "-2.3×.1×550", "-5.4×.1×550", "-4.3×.1×550"*

White Hirschboeck Dudek S.C.

River East Plaza, LLC
Account No. 30889
Page 61

## ATTORNEY/PARALEGAL SUMMARY

| Attorney/Paralegal | Hours Billed | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. Bohl | 175.60 | 390.00 | 68,484.00 |
| C. Bohl | 28.90 | 420.00 | 12,138.00 |
| D. Diesing | 154.60 | 475.00 | 73,435.00 |
| D. Diesing | 199.30 | 550.00 | 109,615.00 |
| M. Gosman | 112.40 | 190.00 | 21,356.00 |
| M. Gosman | 344.50 | 250.00 | 86,125.00 |
| Total | 1,015.30 | 365.56 | 371,153.00 |

Total For Services:     $371,153.00

## DISBURSEMENTS

Lexis/Westlaw Research.................................................................. 3,048.60   -$3,048.60

Photocopies (35 @ $0.05)............................................................... 1.75

Soundpath - Telephone conference on 3/14/11............................... 8.83

Ivize Services, Inc. - Milwaukee - Copy/Stuff/Seal/Postage for Plan and Disclosure
Statement mailing to entire Creditor Matrix................................... 4,264.29

Diesing, Daryl L. - Expenses for travel to Chicago, IL on 5/9/11 for contested hearing on
adequacy of Plan:  Amtrak tickets for DLD & CHB - $88.00; Meals - $19.39; Cab Fare - $9.00;
Meals - $21.89. ........................................................................ 138.28   - $19.39   - $21.89

Diesing, Daryl L. - Expenses for travel to Chicago, IL on 5/9/11 for contested hearing on
adequacy of Plan:  Parking at Milwaukee Amtrak Station - $6.00. ....... 6.00

Pacer Service Center - Pacer Docket Searches (7/6/11 invoice)........... 16.40

Soundpath - Telephone conference on 6/23/11............................... 20.90

Diesing, Daryl L. - 08/31/11 Expenses incurred in connection with attendance at hearing in
Chicago, IL:  Roundtrip AmTrak Fare - $46.00; AmTrak Parking - $6.00; Cab - $7.00. ......... 59.00

Diesing, Daryl L. - 9/7/11 Reimbursement of expenses incurred in connection with continued
hearing in Chicago: Roundtrip Amtrak - $46.00; Amtrak Parking - $6.00; Cab - $7.00.......... 59.00

Soundpath - Telephone conference on 8/18/11............................... 14.94

Pacer Service Center - Pacer Docket Searches (10/4/11 invoice).......... 31.52

United Parcel Service - Delivery to Cameron Gulden, Office of the United States Treasury,
Chicago, IL on 11/8/11. ............................................................ 17.85

United Parcel Service - Delivery to Mark A.Berkoff at Neal, Gerber & Eisenberg LLP,
Chicago, IL on 11/9/11. ............................................................ 17.85

Diesing, Daryl L. - Reimbursement of expenses incurred in connection with Appeals hearing in
Chicago on 12/06/11:  MKE Amtrak Prkg - $6.00; Amtrak Roundtrip Fare - $46.00.............. 52.00

Pacer Service Center - Pacer Docket Searches (1/4/12 invoice)........... 38.80

Total For Disbursements:     $7,796.01

River East Plaza, LLC
Account No. 30889
Page 63

**FOR PROFESSIONAL SERVICES RENDERED** in connection with:

Claims Analysis and Objections
Matter No. 30889-0009

| Date | Attorney/Paralegal | Description | Hours |
|------|-------------------|-------------|-------|
| 07/27/11 | D. Diesing | Continue work on evidence and information needed for hearing on valuation and financing (.9); telephone conference with Mr. Lammiman regarding new financing (.2). | 1.10 |
| 07/28/11 | D. Diesing | Continue preparation for hearing on valuation and financing (1.2); review and consider Judge Schmetterer's order, meaning and impact (.7); telephone conference with Mr. Lammiman regarding potential settlement of case (.3); follow up on methods to institute settlement and impact on creditors (.7). | 2.90 |

Total Hours Billed: 4.00

**ATTORNEY/PARALEGAL SUMMARY**

| Attorney/Paralegal | Hours Billed | Billed Per Hour | Bill Amount |
|--------------------|------|------|------|
| D. Diesing | 4.00 | 550.00 | 2,200.00 |
| Total | 4.00 | 550.00 | 2,200.00 |

Total For Services: $2,200.00



**DISBURSEMENTS**

Lexis/Westlaw Research ................................................................. 153.27
−$153.27

Total For Disbursements: $153.27

**INVOICE SUMMARY**

Total Services for this Matter: ................................................................. $2,200.00
Total Disbursements for this Matter: ................................................................. 153.27
**Total for this Matter:** ................................................................. **$2,353.27**

River East Plaza, LLC
Account No. 30889
Page 65

| Date | Attorney/Paralegal | Description | Hours |
|------|--------------------|-------------|-------|
| | | WHD's retention (.9). | |
| 03/15/11 | D. Diesing | Continue retention research and prepare notes for discussion with U.S. Trustee (1.0); negotiations with Mr. Gulden regarding retention (.5). | 1.50 |
| 03/15/11 | M. Gosman | Revise response to Mr. Gulden's concerns regarding WHD's retention (1.1). | 1.10 |
| 03/17/11 | D. Diesing | Continue analysis of research on retention criteria (.6); review and consider arguments and response to briefs of Geneva and U.S. Trustee (.6). | 1.20 |
| 03/18/11 | D. Diesing | Continue developing response to Trustee's brief (.5). | 0.50 |
| 03/18/11 | M. Gosman | Review U.S. Trustee's objection to WHD's retention and research case law cited therein (1.7); commence preparation of response to U.S. Trustee's objection (1.9). | 3.60 |
| 03/19/11 | M. Gosman | Continue preparation of response to U.S. Trustee's objection to WHD's retention (3.1). | 3.10 |
| 03/20/11 | D. Diesing | Continue preparation of response to U.S. Trustee (1.0). | 1.00 |
| 03/20/11 | M. Gosman | Revise response to U.S. Trustee's objection to WHD's retention (.4). | 0.40 |
| 03/21/11 | D. Diesing | Continue preparation of brief on "distributions" (.8). | 0.80 |
| 03/21/11 | M. Gosman | Revise response to U.S. Trustee's objection to WHD's retention (2.7); conference with Mr. F. Lammiman regarding same (.2); prepare notice of filing and file response and notice (.6). | 3.50 |
| 03/22/11 | M. Gosman | Prepare for hearing on employment of WHD (.9). | 0.90 |
| 03/23/11 | D. Diesing | Preparation for argument on retention including review of all cases, formation of arguments and appear at hearing before Judge Black (including travel time at 1/2) (5.2). | 5.20 x $475 XO.1 − $247.00 |
| 03/23/11 | M. Gosman | Preparation for hearing on employment of WHD (.7). | 0.70 |
| 06/20/11 | M. Gosman | Conference with Mr. A. Philipsborn regarding his retention as a litigation consultant (.8); prepare application and related exhibits to employ the Philipsborn Company (1.6); correspond with Mr. Philipsborn regarding his retention (.2). | 2.60 |

Total Hours Billed: 51.70

WHD/8682892.1
555 EAST WELLS STREET | SUITE 1900 | MILWAUKEE, WI 53202-3819 | TEL 414 273 2100 | FAX 414 223 5000 | WWW.WHDLAW.COM
OFFICES IN MILWAUKEE AND MADISON, WI

River East Plaza, LLC
Account No. 30889
Page 66

## ATTORNEY/PARALEGAL SUMMARY

| Attorney/Paralegal | Hours Billed | Billed Per Hour | Bill Amount |
|---|---|---|---|
| D. Diesing | 12.20 | 475.00 | 5,795.00 |
| M. Gosman | 39.50 | 190.00 | 7,505.00 |
| Total | 51.70 | 257.25 | 13,300.00 |

Total For Services: $13,300.00

## DISBURSEMENTS

Lexis/Westlaw Research................................................................... 56.96 $56.96

Breakaway Bicycle Courier LLC - Pick up book (Norton Bankruptcy Law & Practice) from WI
Eastern District Court - Library on 3/15/11................................................ 5.50

Diesing, Daryl L. - Travel expenses for trip to Chicago, IL to attend Hearing on Applicatio to
Employ WHD 3/23/11: Amtrak Ticket to/from Chicago, IL - $44.00; Cab Fare - $6.00.............. 50.00

Diesing, Daryl L. - Travel expenses for trip to Chicago, IL to attend Hearing on Applicatio to
Employ WHD 3/23/11: Parking at Amtrak Station - $6.00....................................... 6.00

Pacer Service Center - Pacer Docket Searches (4/6/11 invoice)................................ 14.80

Pacer Service Center - Pacer Docket Searches (7/6/11 invoice)................................ 0.32

Total For Disbursements: $133.58

## INVOICE SUMMARY

Total Services for this Matter: ....................................................................... $13,300.00

Total Disbursements for this Matter: ................................................................. 133.58

**Total for this Matter:**................................................................................ **$13,433.58**